**Order entered August 14, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00423-CR

**QUONSHA MURPHY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-75431-S**

## ORDER

Before the Court is appellant's August 9, 2019 second motion for extension of time of file his brief. We **GRANT** the motion and **ORDER** the brief filed on or before September 12, 2019. We caution appellant that the failure to file a brief by that date may result in the appeal being abated for a hearing under rule 38.8. *See* TEX. R. APP. P. 38.8(b)(3).


/s/     LANA MYERS
         JUSTICE